Aaron M. McKown California Bar No. 208781
**BRYAN CAVE LLP**
1900 Main Street, Suite 700
Irvine, California 92614-7328
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
Email: aaron.mckown@bryancave.com

Attorneys for Defendants
Countrywide Home Loans, Inc. and
ReconTrust Company, N.A.

ENTERED CLOSED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ROBERT G. PEDRINO,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; and RECONTRUST COMPANY, inclusive,<br><br>  Defendants. | Case No. EDCV 08-00394 SGL (OPx)<br><br>**JUDGMENT OF DISMISSAL**<br><br>Complaint Filed: March 21, 2008 |

Pursuant to the Court's Minute Order dated May 30, 2008, judgment of dismissal is hereby entered in favor of Defendants Countrywide Home Loans, Inc. and ReconTrust Company, N.A. The Court finds that there are no remaining claims left in the case, and that this cause is ripe for final adjudication.

Accordingly, Plaintiff's Complaint is hereby dismissed in its entirety WITH PREJUDICE. This is a final judgment.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: September 09, 2008

_____ Judge of the District Court